UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 1 6 2011
Clerk, U.S. District and
Bankruptcy Courts

Deborah Diane Fletcher,  )
              )
    Plaintiff,  )
              )
        v.     ) Civil Action No. 11 2013
              )
Dep't of HUD,  )
              )
    Defendant. )
              )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint fails to state a claim upon which relief can be granted.

Plaintiff is a resident of Miami, Florida, suing the "Dept. of HUD-Manager[,] Florida State of Dept. of HUD." Compl. Caption. The crux of plaintiff's rambling complaint is that she allegedly took a class in April 2011 for first-time home buyers in Miami and that defendant "refus[e]d to help [her] . . . purchase her home as a first-time-home-buyer, for a low income individual." Compl. at 1, 5. She "is charging the defendant with prejudice [and] is asking for the price of a single family home and the price of prejudice." *Id.* at 5-6.

A plaintiff's "[f]actual allegations must be enough to raise a right to relief above the speculative level . . . ." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations omitted); *see Aktieselskabet AF 21. Nov. 2001 v. Fame Jeans, Inc.*, 525 F.3d 8, 16 n.4 (D.C. Cir. 2008) ("We have never accepted 'legal conclusions cast in the form of factual allegations'

because a complaint needs some information about the circumstances giving rise to the claims.") (quoting *Kowal v. MCI Commc'ns Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994)). Plaintiff does not state the basis of federal court jurisdiction and her alleged facts do not state a cognizable claim. Therefore, the complaint will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ Beryl H. Howell
United States District Judge

Date: November 21, 2011